UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY INDUSTRIAL PARK OF BUFORD, LLC, <br><br> Defendant. | Case No. 1:17-CV-03669-ELR |

**<u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Liberty Industrial Park of Buford, LLC hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and N.D. Ga. L.R. 3.3.

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns ten percent (10%) or more of a party:

<u>Parties:</u>

Plaintiff: Chattahoochee Riverkeeper, Inc.

Defendant: Liberty Industrial Park of Buford, LLC

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Edward Breedlove,

SMC Properties, L.P.

Cheeley Investments LP

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant in this proceeding:

Leah J. Knowlton

Harry D. Dixon III

Respectfully submitted this 16th day of October, 2017.

                                                */s/ Leah J. Knowlton*
                                                Leah J. Knowlton
                                                  Georgia Bar No. 426755
                                                  lknowlton@taylorenglish.com
                                                Harry D. Dixon III

Georgia Bar No. 512481
hdixon@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339
(770) 434-6868

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY INDUSTRIAL PARK OF BUFORD, LLC, <br><br> Defendant. | Case No. 1:17-CV-03669-ELR |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

*/s/ Leah J. Knowlton*

01052097-1